EDTX UAET (04-2024)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

Touchpoint Projections Innovations, LLC
Plaintiff

v.                                                                                          Civ. No. 2:24-cv-981

Check Point Software Technologies, Inc.
Defendant

### UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension: Check Point Software Technologies, Inc.

Date Party's answer was previously due: 01/24/2025

Date Party's answer is now due (must not exceed 45 days after original due date): 03/10/2025

Date: 01/23/2025

/s/ Eric H. Findlay
Full Name: Eric H. Findlay
State Bar No.: 00789886
Address: Findlay Craft, P.C.
         7270 Crosswater Avenue, Suite B
         Tyler, Texas 75703

Phone: 903-534-1100
Fax: 903-534-1137
Email: efindlay@findlaycraft.com

**Please note:**

- A Certificate of Conference is not required.

- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).

- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).

- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)