# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **TOUCHPOINT PROJECTIONS INNOVATIONS, LLC,**<br><br>     Plaintiff,<br><br>v.<br><br>**CHECK POINT SOFTWARE TECHNOLOGIES, INC.,**<br><br>     Defendant. | **CASE NO. 2:24-cv-981**<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Touchpoint Projections Innovations, LLC hereby submits this Notice of Voluntary Dismissal without Prejudice of Defendant Check Point Software Technologies, Inc. in the above-captioned case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Neither defendant has served either an answer or a motion for summary judgment.

Each Party will bear its own costs, expenses, and attorneys' fees.

Date: February 4, 2025

*/s/ Randall Garteiser*
Randall Garteiser
  Texas Bar No. 24038912
  rgarteiser@ghiplaw.com
M. Scott Fuller
  Texas Bar No. 24036607
  sfuller@ghiplaw.com

**GARTEISER HONEA, PLLC**
119 W. Ferguson Street
Tyler, Texas 75702
Telephone: (903) 705-7420
Facsimile: (903) 405-3999

**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this February 4, 2025 with a copy of this document via the Court's CM/ECF System per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first-class mail on this same date.

         By: */s/ Christopher A. Honea*
           Christopher A. Honea