IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TOUCHPOINT PROJECTION INNOVATIONS, LLC, <br><br> *Plaintiff*, <br><br> v. <br><br> CHECK POINT SOFTWARE TECHNOLOGIES, INC., <br><br> *Defendant*. | § <br> § <br> § <br> § <br> § CIVIL ACTION NO. 2:24-CV-00981-JRG <br> § <br> § <br> § <br> § <br> § |

### ORDER

Before the Court is the Notice of Voluntary Dismissal Without Prejudice (the "Notice") filed by Plaintiff Touchpoint Projections Innovations, LLC ("Plaintiff"). (Dkt. No. 7.) In the Notice, Plaintiff dismisses the above-captioned action without prejudice under Rule 41(a)(1)(A)(i). (*Id*. at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned action is **DISMISSED WITHOUT PREJUDICE**. Each party shall bears its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So Ordered this**

**Feb 5, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE